# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAY T. JENSEN  
P.O. BOX 113  
MALTA, IL 60150

SSN-xxx-xx-3130

Case Number: 08-70045

Case filed on: 1/8/2008  
Plan Confirmed on:

U Dismissed Unconfirmed

Total funds received and disbursed pursuant to the plan: $0.00  
Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY K.O. JOHNSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 113 | ILLINOIS DEPARTMENT OF REVENUE | 1,642.07 | 1,642.07 | 0.00 | 0.00 |
|  | Total Priority | 1,642.07 | 1,642.07 | 0.00 | 0.00 |
| 114 | JAY T. JENSEN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CASTLE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | HEIGHTS FINANCE | 2,125.00 | 2,125.00 | 0.00 | 0.00 |
| 003 | ATTORNEY K.O. JOHNSON | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| 005 | WASHINGTON MUTUAL BANK | 22,292.50 | 20,095.10 | 0.00 | 0.00 |
|  | Total Secured | 26,417.50 | 24,220.10 | 0.00 | 0.00 |
| 002 | HEIGHTS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | RESOURCE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | A F S C I | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | A F S C I | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | AIM IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | AM NB DEKALB | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | AMER NTL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | AMERGEN | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | AMERICAN GENERAL FINAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | AMERICAN GENERAL FINAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | AMERICAN GENERAL FINAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | AMERICAN GENERAL FINAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | AMERICAN GENERAL FINAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ANERICAN NATIONAL BANK OF DEKALB CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | AMERICAN NATIONAL BANK OF DEKALB CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | APPLIED BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ARMOR SYSTEMS CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ARROW FINANCIAL SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ARROW FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | BRUCE LEONARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | CAP ONE BK | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | CAP ONE BK | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | CAPITAL ONE MASTERCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | CASTLE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | CASTLE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | CASTLE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | CASTLE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | CASTLE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | CASTLE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | CLIENT SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | COLLECTION PROF / LASAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | COLLECTION PROF / LASAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | COMPUTER CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | COUNTRYWIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | DEKALB CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | DELANOS HOME DECORATING | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | DIME SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | EMERGE (GETSMART VISA) | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | FASHION BUG / SOANB | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | FIFTH THIRD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | FLORIDA POWER & LIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | G M A C | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | G M A C | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 051 | GEMB / LOWES | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | GEMB / LOWES | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | G M A C | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | GORDON HARDWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | HEALTH CARE BILLING SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | HEIGHTS FINANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 057 | HEIGHTS FINANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | HEIGHTS FINANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | HEIGHTSFIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 060 | HOLCOMB STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 061 | HOLCOMB STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 062 | ILLINOIS COMMUNITY CR | 0.00 | 0.00 | 0.00 | 0.00 |
| 063 | ILLINOIS COMMUNITY CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 064 | INTEGRATIVE MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 065 | KISHWAUKEE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 066 | KISHWAUKEE MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 067 | LINCOLN STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 068 | LINDGREN, CALLAHAN, VAN OSDOL & CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 069 | MACHESTER AUTO TRUCK REPAIR | 0.00 | 0.00 | 0.00 | 0.00 |
| 070 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 071 | NEXTEL | 0.00 | 0.00 | 0.00 | 0.00 |
| 072 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 073 | PELLETTIERI | 0.00 | 0.00 | 0.00 | 0.00 |
| 074 | PROFCOLSRV | 0.00 | 0.00 | 0.00 | 0.00 |
| 075 | PROFCOLSRV | 0.00 | 0.00 | 0.00 | 0.00 |
| 076 | PROFESSIONAL COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 077 | PROGRESSIVE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 078 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 079 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 080 | RADIOLOGIST LTD - 3 | 0.00 | 0.00 | 0.00 | 0.00 |
| 081 | REDDY MEDICAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 082 | RESOURCE B | 0.00 | 0.00 | 0.00 | 0.00 |
| 083 | RESOURCE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 084 | RESOURCE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 085 | RESOURCE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 086 | RMA / CHECK IT | 0.00 | 0.00 | 0.00 | 0.00 |
| 087 | RMA / CHECK IT | 0.00 | 0.00 | 0.00 | 0.00 |
| 088 | RMA / CHECK IT | 0.00 | 0.00 | 0.00 | 0.00 |
| 089 | RMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 090 | ALLIED BUSINESS ACCOUNTS INC | 1,353.95 | 27.08 | 0.00 | 0.00 |
| 091 | ROCHELLE MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 092 | ROCKFORD ASSOCIATES PATHOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 093 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 094 | RRCA ACCOUNTS MANAGEMENT INC | 1,121.25 | 22.42 | 0.00 | 0.00 |
| 095 | SANTANA ENERGY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 096 | SUPERIOR DIESEL | 0.00 | 0.00 | 0.00 | 0.00 |
| 097 | THE AMERICAN NATL BK | 0.00 | 0.00 | 0.00 | 0.00 |
| 098 | THE AMERICAN NATL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 099 | THE AMERICAN NATL BK | 0.00 | 0.00 | 0.00 | 0.00 |
| 100 | THE AMERICAN NATL BK | 0.00 | 0.00 | 0.00 | 0.00 |
| 101 | THE AMERICAN NATL BK | 0.00 | 0.00 | 0.00 | 0.00 |
| 102 | THE AMERICAN NATL BK | 0.00 | 0.00 | 0.00 | 0.00 |
| 103 | THE AMERICAN NATL BK | 0.00 | 0.00 | 0.00 | 0.00 |
| 104 | THE AMERICAN NATL BK | 0.00 | 0.00 | 0.00 | 0.00 |
| 105 | THE AMERICAN NATL BK | 0.00 | 0.00 | 0.00 | 0.00 |
| 106 | THE AMERICAN NATL BK | 0.00 | 0.00 | 0.00 | 0.00 |
| 107 | THE AMERICAN NATL BK | 0.00 | 0.00 | 0.00 | 0.00 |
| 108 | TRUCK COUNTRY | 0.00 | 0.00 | 0.00 | 0.00 |
| 109 | ALLIED BUSINESS ACCOUNTS INC | 1,197.00 | 23.94 | 0.00 | 0.00 |
| 110 | VIC REED ELECTRICAL | 427.37 | 8.55 | 0.00 | 0.00 |
| 111 | WAMUBNK | 0.00 | 0.00 | 0.00 | 0.00 |
| 112 | WASHINGTON MUTUAL HOME | 0.00 | 0.00 | 0.00 | 0.00 |
| 113 | ILLINOIS DEPARTMENT OF REVENUE | 1,816.07 | 36.32 | 0.00 | 0.00 |
| | Total Unsecured | 5,915.64 | 118.31 | 0.00 | 0.00 |
| | Grand Total: | 33,975.21 | 25,980.48 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $0.00 |
| Trustee Allowance: | $0.00 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008                By  /s/Heather M. Fagan